| Carol Michel | 500 Poydras St. Rm C151 |
| Clerk | New Orleans, LA. 70130 |

## TRIAL NOTICE
## 11/24/2020

U.S. Navy
c/o Staff Judge Advocate
Judge Advocate General's Corps
Region Legal Service Office Southeast
400 Russell Avenue
New Orleans, LA 70143

The following officer is requested to appear before Chief United States Magistrate Judge Karen Wells Roby on Tuesday, April 13, 2021, at 10:00 a.m. at 500 Poydras Street, Hale Boggs Federal Building, regarding the below listed violations.

If the officer cannot appear for the trial date shown, please notify the U.S. Attorney's Office by calling 504-680-3000 as soon as possible.

**Officer Bruton**          **Violation LE25 8086302**

Sincerely,
CAROL MICHEL, CLERK

By:_____
Deputy Clerk